

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CHRISTOPHER CORTEZ THOMAS, | § | No. 08-20-00217-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 4 |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| State. | § | (TC# F-1951345-K) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's motion to transfer the above numbered cause back to the Fifth Court of Appeals.

IT IS SO ORDERED this 17th day of March, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.